Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
Telephone:     (212) 450-4000
Facsimile:     (212) 701-5800

*Attorneys for the Sterling Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
:
            Plaintiff-Applicant,        :   Adv. Pro. No. 08-01789 (BRL)
:
        - against -                     :   SIPA LIQUIDATION
:
BERNARD L. MADOFF INVESTMENT            :   (Substantively Consolidated)
SECURITIES LLC,                         :
:
            Defendant.                  :
:
------------------------------------- x
:
In re:                                  :
:
BERNARD L. MADOFF,                      :
:
Debtor.                                 :
:
------------------------------------- x
IRVING H. PICARD,                       :
:
            Plaintiff,                  :
:
        - against -                     :   Adv. Pro. No. 10-05287 (BRL)
:
SAUL B. KATZ, et al.                    :
:
            Defendants.                 :
:
------------------------------------- x

**DECLARATION OF KAREN E. WAGNER IN SUPPORT OF STERLING
DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

I, KAREN E. WAGNER, declare pursuant to 28 U.S.C. § 1746, that the following is true:

1.      I am an attorney licensed to practice in the state of New York.  I am a partner of the firm Davis Polk & Wardwell LLP, attorneys for the Sterling Defendants.  I submit this declaration in support of the Sterling Defendants' Motion to Withdraw the Reference of the Above-Captioned Adversary Proceeding to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d).

2.      Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint filed by the Trustee in *Picard v. Katz*, Adv. Pro. No. 10-05287 (BRL), dated March 18, 2011.

3.      Attached hereto as Exhibit B is a true and correct copy of the Memorandum of Law in Support of Sterling Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment filed in *Picard v. Katz*, Adv. Pro. No. 10-05287 (BRL), dated March 20, 2011.

4.      Attached hereto as Exhibit C is a true and correct copy of the Trustee's Memorandum of Law in Opposition to the Sterling Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment in *Picard v. Katz*, Adv. Pro. No. 10-05287 (BRL), dated May 19, 2011.

5.      Attached hereto as Exhibit D is a true and correct copy of SIPC's Memorandum of Law in Opposition to the Sterling Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment in *Picard v. Katz*, Adv. Pro. No. 10-05287 (BRL), dated May 19, 2011.

6.        Attached hereto as Exhibit E is a true and correct copy of a brochure produced by SIPC, SIFMA, and NASAA, entitled *Understanding Your Brokerage Account Statements*.

7.        Attached hereto as Exhibit F is a true and correct copy of a page from the Trustee's website, entitled *Important Message on Creditor Claims*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 26, 2011

                                                           /s/  Karen E. Wagner
                                                          Karen E. Wagner