DOC # 64

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAUL B. KATZ, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-05287 (BRL)<br><br>11-Civ. 03605 (JSR) (HBP)<br>**ECF CASE**<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the Unites States Court for the Southern and Eastern Districts of New York, I Karin Scholz Jenson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio-2003 and Colorado-2007 and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 25, 2011

Respectfully submitted,

*/s/ Karin Scholz Jenson*

Karin Scholz Jenson
**BAKER & HOSTETLER LLP**
303 East 17th Avenue, Suite 1100
Denver, Colorado, 80203-1264
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
E-mail kjenson@bakerlaw.com

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Karin Scholz Jenson

was admitted to the practice of law in Ohio on May 09, 2003; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of October, 2011.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Tammy White*
*Attorney Services Specialist*



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Karin Scholz Jenson**

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _**2nd**_ day of _**October**_ A. D. _**2007**_ and that at the date hereof the said _**Karin Scholz Jenson**_

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

_**12th**_ day of _**October**_ A. D. _**2011**_

**Christopher T. Ryan**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Debtor, | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> SAUL B. KATZ, et al., <br><br> Defendants. | Adv. Pro. No. 10-5287 (BRL) <br><br><br> 11-CV-03605 (JSR) (HBP) <br> **ECF CASE** |

## AFFIDAVIT OF SERVICE

Frank A. Chiofalo, duly sworn deposes and says

1. I am over 18 years of age and not a party to this action and I am employed by Baker Hostetler LLP.

2. On the 25th day of October 2011, I served a true and correct copy of a Motion for Admission Pro Hac Vice and Proposed Order for Admisson Pro Hac Vice on the following counsel:

Dana Seshens
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Lauren Attard
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, DC 20005

Christopher H. LaRosa
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, DC 20005

By enclosing a true copy in a properly addressed First Class U.S. Postal wrapper and depositing in an official depository under the exclusive custody of U.S. Postal Service in the State of New York.

_____
Frank A. Chiofalo

Sworn to before me on this
25th day of October, 2011.

_____
Notary Public

Theresa Blaber
Notary Public, State of New York
No. 01BL6122229
Qualified in Queens County
Commission Expires 10/13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>               Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>               Plaintiff,<br>v.<br>SAUL B. KATZ, et al.,<br>               Defendants. | Adv. Pro. No. 10-05287 (BRL)<br><br>11-Civ. 03605 (JSR) (HBP)<br>**ECF CASE**<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Karin Scholz Jenson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar(s) of the state(s) of Ohio-2003 and Colorado-2007; and that her contact information is as follows:

> Applicant's Name:     Karin Scholz Jenson
> Firm Name:     Baker & Hostetler LLP
> Address:     303 East 17th Avenue- Suite 1100
> City/State/Zip:     Denver, Colorado, 80203-1264
> Telephone/Fax:     Tel: (303) 861-0600 Fax: (303) 861-7805

Applicant having requested admission Pro Hac Vice to appear for all purposes for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and

Bernard L. Madoff in the above-entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of This Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:      2011                              _____
                                              United States District Judge