USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>               Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>               Plaintiff,<br>               v.<br>SAUL B. KATZ, et al.,<br>               Defendants. | Adv. Pro. No. 10-05287 (BRL)<br><br>11-Civ. 03605 (JSR) (HBP)<br>**ECF CASE**<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Karin Scholz Jenson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar(s) of the state(s) of Ohio-2003 and Colorado-2007; and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Karin Scholz Jenson |
| Firm Name: | Baker & Hostetler LLP |
| Address: | 303 East 17th Avenue- Suite 1100 |
| City/State/Zip: | Denver, Colorado, 80203-1264 |
| Telephone/Fax: | Tel: (303) 861-0600 Fax: (303) 861-7805 |

Applicant having requested admission Pro Hac Vice to appear for all purposes for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and

Bernard L. Madoff in the above-entitled action;

    **IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of This Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 10/30 2011

                                                                                                 United States District Judge