UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IRVING H. PICARD,

    Plaintiff,

  -v-         11 Civ. 3605 (JSR)

SAUL B. KATZ et al.,

    Defendants.    ORDER
------------------------------------x

JED S. RAKOFF, U.S.D.J.

  This Order will serve to confirm that, during a telephone conference between the parties and chambers, the Court granted permission to Gregory Schwed and Philip Bentley, attorneys for defendants in other, similar adversarial proceedings, to submit, by November 30, 2011, an amicus brief of no more than five double-spaced pages addressing the issue left open in footnote six of the Court's Opinion and Order dated September 27, 2011. The Trustee, SIPC, and the defendants may each respond in a brief of no more than five double-spaced pages, provided that they do so before December 7, 2011.

  SO ORDERED.

              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
    November 28, 2011