UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IRVING H. PICARD,                                    :
:
              Plaintiff,                        :
:
    - against -                                   :  11-CV-03605 (JSR)(HBP)
:
SAUL B. KATZ, et al.,                                :
:
             Defendants.                      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at 4:00 P.M. on February 23, 2012, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to Defendants on all remaining counts alleged in the March 18, 2011 Amended Complaint following this Court's September 27, 2011 Opinion and Order and January 17, 2012 Opinion and Order.

Pursuant to the Court's Civil Case Management Plan, Defendants' moving papers shall be served and filed on or before January 26, 2012, Plaintiff's answering papers shall be served and filed on or before February 9, 2012, and Defendants' reply papers shall be served and filed on or before February 16, 2012.  Oral argument on this motion is currently scheduled for February 23, 2012 at 4:00 P.M.

Dated: New York, New York
January 20, 2012

                        DAVIS POLK & WARDWELL LLP

                    By:  /s/ Karen E. Wagner

                        Karen E. Wagner
                        Dana M. Seshens

                        450 Lexington Avenue
                        New York, New York 10017

<u>Of Counsel</u>:          Telephone:   (212) 450-4000
Robert B. Fiske, Jr.    Facsimile:    (212) 701-5800
Robert F. Wise, Jr.

                        *Attorneys for Defendants*