UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IRVING H. PICARD, :
:
                Plaintiff, :
:
     - against - : 11-CV-03605 (JSR)(HBP)
:
SAUL B. KATZ, et al., :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION TO STRIKE THE EXPERT REPORTS AND TESTIMONY OF STEVE POMERANTZ AND HARRISON J. GOLDIN

PLEASE TAKE NOTICE that Defendants will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at 4:00 P.M. on February 23, 2012, for an Order pursuant to Rule 702 of the Federal Rules of Evidence striking the reports and testimony of Steve Pomerantz and Harrison J. Goldin, who have been offered by Plaintiff as experts in the above-captioned matter.

Pursuant to the Court's direction, Defendants' moving papers shall be served and filed on or before January 26, 2012, Plaintiff's answering papers shall be served and filed on or before February 9, 2012, and Defendants' reply papers shall be served and filed on or before February 16, 2012. Oral argument relating to this motion is currently scheduled for February 23, 2012 at 4:00 P.M.

Dated: New York, New York
January 20, 2012

          DAVIS POLK & WARDWELL LLP

By:   /s/ Karen E. Wagner

      Karen E. Wagner
      Dana M. Seshens

      450 Lexington Avenue
      New York, New York 10017

Of Counsel:
Robert B. Fiske, Jr.
Robert F. Wise, Jr.

      Telephone:   (212) 450-4000
      Facsimile:   (212) 701-5800

      *Attorneys for Defendants*