UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
IRVING H. PICARD, :
:
              Plaintiff, :
: 11-CV-03605 (JSR) (HBP)
  - against - :
:
SAUL B. KATZ, et al., :
:
              Defendants. :
:
------------------------------ x

### SUPPLEMENTAL DECLARATION OF DAVID C. NEWMAN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORTS AND TESTIMONY OF STEVE POMERANTZ AND HARRISON J. GOLDIN

    I, David C. Newman, declare, pursuant to 28 U.S.C. § 1746, that the following is true:

    1.    I am an attorney with the firm of Davis Polk & Wardwell LLP, attorneys for Defendants. I submit this supplemental declaration in support of Defendants' motion to strike the expert reports and testimony of Steve Pomerantz and Harrison J. Goldin.

    2.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of Dr. Steve Pomerantz, taken January 8, 2012.

Dated:  New York, New York
          February 16, 2012

                                              /s/ David C. Newman
                                                David C. Newman