**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>      Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, <br><br>      Plaintiff, <br><br> v. <br><br> Saul B. Katz et al., <br><br>      Defendants. | Adv. Pro. No. 10-05287 (BRL) <br><br> 11 Civ.03605 (JSR)(HBP) |

**NOTICE OF RESCHEDULED HEARING FOR ENTRY OF ORDER**
**PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE**
**AND RULES 2002(a)(3) AND 9019(a) OF THE FEDERAL RULES OF**
<u>**BANKRUPTCY PROCEDURE APPROVING SETTLEMENT AGREEMENT**</u>

   PLEASE TAKE NOTICE that Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*., and the substantively consolidated estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will hereby move this Court, before The Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at 4:00 p.m. on May 31, 2012, for entry of an Order pursuant to 11 U.S.C. § 105(a) and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure, granting the Trustee's motion for approval of the Settlement Agreement between the Trustee and the Defendants [ECF Nos. 184-187].

PLEASE TAKE FURTHER NOTICE that any answering papers shall be filed on or before May 24, 2012, and on that date served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attention:  David J. Sheehan, Esq., counsel to the Trustee, and (b) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attention:  Robert F. Wise, Jr., counsel to the Defendants, and (c) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attention:  Kevin Bell, Esq.

PLEASE TAKE FURTHER NOTICE that any reply papers may be served and filed on or before May 29, 2012.

Dated: New York, New York  
      May 4, 2012

/s/ David J. Sheehan  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
dsheehan@bakerlaw.com  
Fernando A. Bohorquez, Jr.  
fbohorquez@bakerlaw.com  
Regina L. Griffin  
rgriffin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300244706

2