UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>Saul B. Katz et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05287 (BRL)<br><br>11 Civ.03605 (JSR)(HBP) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    I, **Oleg Bitman**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

    On May 4, 2012, a copy of the foregoing **Notice of Rescheduled Hearing For Entry of Order Pursuant to Section 105(a) Of The Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement** was filed electronically and served by U.S. First class mail upon anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.

Additionally, a copy of this document was served on the following:

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Attorneys for Defendants**
Dana M. Seshens
Karen E. Wagner
Robert F. Wise
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Email: robert.wise@davispolk.com

via electronic mail and lastly, a copy of this document was served on the following:

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA  19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

by enclosing a true copy in a properly addressed wrapper and depositing in an official depository under the exclusive custody of the U.S. Postal Service in the Statement of New York

_____
OLEG BITMAN

Sworn to before me this
4th day of May, 2012

_____
Notary Public

300244694

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014